Stephanie A. Hambrick, WSB #6-2785
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
stephanie.hambrick@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN 15 PM 2:54

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TODD DENNIS HARRIS,<br><br>Defendant. | Case No. 20-CR-23-S |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

> **10+ year drug offense**
> **Serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

> **Defendant's appearance as required**

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the Defendant under § 3142(e). The presumption applies because:

**Probable cause to believe Defendant committed 10+ year drug offense**

4.   Time for Detention Hearing.  The United States requests the Court conduct the detention hearing:

**After a continuance of three days**

DATED this 15th day of January, 2020.

                              MARK A. KLAASSEN
                              United States Attorney

By: *Stephanie Hambrick*
                              STEPHANIE A. HAMBRICK
                              Assistant United States Attorney