Stephanie A. Hambrick, WSB# 6-2785
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY 82602
(307) 261-5434
stephanie.hambrick@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2020 JAN 15 PM 2:54

MARGARET BOTKINS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 20-CR-23-S |
| TODD DENNIS HARRIS, | |
| Defendant. | |

### PRAECIPE

Will the Clerk please issue a Warrant in the above-entitled matter for the following individual:

**TODD DENNIS HARRIS.**

DATED this 15th day of January, 2020.

By: _____
MARK A. KLAASSEN
United States Attorney

STEPHANIE A. HAMBRICK
Assistant United States Attorney

BOND SET AT: __Detain__

_____
KELLY H. RANKIN
Magistrate Judge, United States District Court